# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-238
LT Case No. 2011-463-CF

_____

JOHN KOHL, III,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Jessica J. Yeary, Public Defender, and Joel Arnold, Special
Assistant Public Defender, Tallahassee, for Appellant.

John Kohl, III, Perry, pro se.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

October 3, 2023

PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE, and PRATT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————